UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERIKA NELSON | ) | |
| *Plaintiff.* | ) | CIVIL ACTION NO. 4-13CV-504-Y |
| v. | ) | |
| | ) | |
| MIDLAND FUNDING, LLC | ) | |
| *Defendant.* | ) | |
| | ) | |
| MIDLAND CREDIT | ) | |
| MANAGEMENT, INC. | ) | |
| *Defendant*. | ) | |
| | ) | |

## MOTION FOR ORDER OF DISMISSAL

NOW COMES the Plaintiff, ERIKA NELSON who having reached a settlement agreement with the Defendants' in the above styled cause of action hereby makes this Motion for Order of Dismissal WITH PREJUDICE and requests the Court enter such order in the above styled case pending before this Honorable Court.

Dated:  September 02, 2013

Respectfully Submitted,

 */s/ Erika Nelson*
ERIKA NELSON
1716 Cherbough Drive
Apt 1801
Fort Worth, Texas 76124

## CERTIFICATE OF SERVICE

      UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by United States Postal Service mail 02 day of September, 2013.

McGlinchey Stafford
c/o Gregg Stevens
2711 N. Haskell Ave, Suite 2750, LB 38
Dallas, TX 75204

                                      Respectfully Submitted,

                                       */s/ Erika Nelson*
                                      ERIKA NELSON
                                      1716 Cherbough Drive
                                      Apt 1801
                                      Fort Worth, Texas 76124
                                      (817) 717-0431
                                      erikanelson09@yahoo.com