```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

ERIKA NELSON                     §
                                 §
VS.                              §   CIVIL ACTION NO. 4:13-CV-504-Y
                                 §
MIDLAND FUNDING LLC, et al.      §

## FINAL JUDGMENT

In accordance with the Court's order entered this same day and Federal Rule of Civil Procedure 41, all claims in the above-styled and -numbered cause were DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

SIGNED September 5, 2013.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj